BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRS-10-140 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND PROTECTIVE |
| ) | ORDER RE: DISSEMINATION OF |
| v. ) | DISCOVERY DOCUMENTS CONTAINING |
| ) | NAMES AND PERSONAL IDENTIFYING |
| SARA ELIZABETH DELORENZO, and ) | INFORMATION |
| STEFANIE DAWN DELORENZO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

   1. All discovery provided by the government to the defense attorneys shall be subject to this protective order.

   2. Certain of the documents contained in the government's discovery production contain names and personal identifying information of individuals (hereinafter, the "Protected Material").  Such personal identifying information may include, but is not limited to, names, addresses, telephone numbers, driver's license numbers, social security numbers

and financial account numbers. Any pages of discovery that contain no personal identifying information are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for each defendant only for purposes of representation in this case.

4. Counsel for each defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator, or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for any defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendants in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel are

```
 1              permitted to provide each defendant with copies of
 2              documents otherwise classifiable as Protected Material so
 3              long as counsel completely redact all personal identifying
 4              information from those documents prior to providing them to
 5              a defendant.
 6         8.   The foregoing notwithstanding, after the Trial Confirmation
 7              Hearing in this case, counsel, staff, and investigator for
 8              any defendant who has confirmed for trial may make copies
 9              of the Protected Material for trial preparation and
10              presentation.  Any copies must, however, remain in the
11              possession of counsel, staff, investigator, expert or the
12              Court.
13                                       Respectfully Submitted,
14                                       BENJAMIN B. WAGNER
                                         Acting United States Attorney
15
16
   DATE: April 28, 2010      By:    /s/ Matthew Stegman
17                                  MATTHEW STEGMAN
                                    Assistant U.S. Attorney
18
19 DATE: April 29, 2010             /s/ Chris Haydn-Myer
                                    CHRIS HAYDN-MYER
20                                  Attorney for SARA ELIZABETH DELORENZO
21
   DATE: April 29, 2010             /s/ Timothy Zindel
22                                  TIMOTHY ZINDEL
                                    Attorney for STEPHANIE DAWN DELORENZO
23
24 /////
25 /////
26 /////
27 /////
28 ////
```

1  This stipulation does not govern the requested sealing of documents in the court file pretrial, nor does it establish the procedures for
2  use of the documents at trial, including sealing.

3  **IT IS SO ORDERED:**

4  DATED:<u>May, 5, 2010</u>          /s/ Gregory G. Hollows
5                                  U.S. Magistrate Judge

7  10cr140.stip