```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEFANIE DELORENZO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0140 JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| SARA ELIZABETH DELORENZO and | ) |
| STEFANIE DAWN DELORENZO, | ) Date: June 29, 2010 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. John A. Mendez |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Sara and Stefanie Delorenzo, that the status conference scheduled for June 29, 2010, may be continued to July 13, 2010, at 9:30 a.m.

The government recently provided additional discovery to defense counsel. Because of a protective order, defense counsel must review the material with their clients in person. To afford additional time to review discovery and determine whether there are pretrial motions to

file, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on July 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  June 24, 2010                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for STEFANIE DELORENZO

Dated:  June 24, 2010                /s/ C. Hadyn-Myer
                                        CHRIS HADYN-MYER
                                        Attorney for SARA DELORENZO

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  June 24, 2010                /s/ T. Zindel for M. Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

## O R D E R

    The status conference is continued to July 13, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

    IT IS SO ORDERED.

Dated:  June 24, 2010
                                        /s/ John A. Mendez
                                        U.S. District Court Judge