DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEFANIE DELORENZO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0140 JAM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| SARA ELIZABETH DELORENZO and STEFANIE DAWN DELORENZO, | Date: July 13, 2010 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Sara and Stefanie Delorenzo, that the status conference scheduled for July 13, 2010, may be continued to August 10, 2010, at 9:30 a.m.

The government recently provided additional discovery to defense counsel. Because of a protective order, defense counsel must review the material with their clients in person. To afford additional time to review discovery and determine whether there are pretrial motions to

file, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through the status conference on August 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: July 9, 2010                    /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for STEFANIE DELORENZO

Dated: July 9, 2010                    /s/ C. Hadyn-Myer
                                                CHRIS HADYN-MYER
                                                Attorney for SARA DELORENZO

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: July 9, 2010                    /s/ T. Zindel for M. Stegman
                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney

## O R D E R

The status conference is continued to August 10, 2010, at 9:30 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above and by agreement of the parties, the court finding that the ends of justice to be served by a continuance outweigh the best interests of the defendant and the public in a speedy trial.

IT IS SO ORDERED.

Dated: July 9, 2010                    /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                United States District Judge